**FILED**
CLERK, U.S. DISTRICT COURT
JUN 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELTON LAMONT BOONE,<br><br>   Petitioner,<br><br>  v.<br><br>KEVIN R. CHAPPELL, Warden,<br><br>   Respondent. | Case No. CV 14-4640 JLS (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: 6/30/14

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

ENTERED
CLERK, U.S. DISTRICT COURT
JULY 1 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY